UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV20-6314-CAS(KSx); CV20-6316-CAS(KSx); CV20-6318-CAS(KSx); CV20-6319-CAS(KSx); CV20-6320-CAS(KSx); CV20-6321-CAS(KSx); CV21-1829-CAS(KSx); and CV21-1832-CAS(KSx) | Date | April 11, 2025 |
|---|---|---|---|
| Title | *U.S.A. v. REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA*; *U.S.A. v. ONE BRITISH AEROSPACE BAE125 SERIES 800A AIRCRAFT BEARING REGISTRATION NUMBER N716BB; ET AL.*; *U.S.A. v. $762,201.48 SEIZED FROM US BANK ACCT NO. 8773; ET AL.*; and *U.S.A. v. REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - GOVERNMENT'S NOTICE OF CONDITIONAL SETTLEMENT[383] (Filed in Lead Consolidated Case 2:20cv06314 on 4/1/2025)

THE COURT, having been notified by counsel that the above-entitled action has been settled conditionally on or about April 1, 2025;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **90 days** and every quarter thereafter until a stipulation to consent judgment of forfeiture and, where appropriate, dismissal(s) are filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | **CIVIL MINUTES - GENERAL** | | **JS-6** |
|---|---|---|---|
| Case No. | CV20-6314-CAS(KSx); CV20-6316-CAS(KSx); CV20-6318-CAS(KSx); CV20-6319-CAS(KSx); CV20-6320-CAS(KSx); CV20-6321-CAS(KSx); CV21-1829-CAS(KSx); and CV21-1832-CAS(KSx) | Date | April 11, 2025 |
| Title | *U.S.A. v. REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA*; *U.S.A. v. REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA*; *U.S.A. v. ONE BRITISH AEROSPACE BAE125 SERIES 800A AIRCRAFT BEARING REGISTRATION NUMBER N716BB; ET AL.*; *U.S.A. v. $762,201.48 SEIZED FROM US BANK ACCT NO. 8773; ET AL.*; and *U.S.A. v. REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA* | | |

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

| | | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | CMJ | |